**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Mario Alonso GARCIA, Defendant–
Appellant.**

**No. 05–10680
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 17, 2007.

Ronald C.H. Eddins, Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office Northern District Of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Federal Public Defender's Office Northern District of Texas, Fort Worth, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

Mario Alonso Garcia appeals the 24–month sentence imposed following the May 2005 revocation of his supervised release. "In the absence of its being raised by a party, this court is obliged to raise the subject of mootness sua sponte." *Bailey v. Southerland,* 821 F.2d 277, 278 (5th Cir.1987). Article III, § 2, of the Constitution limits federal court jurisdiction to actual cases and controversies. *Spencer v. Kemna,* 523 U.S. 1, 7, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998). The case-or-controversy requirement demands that some collateral consequence of the conviction exist if the action is to be maintained. *Id.* Garcia has served the sentence that was imposed upon the revocation of his supervised release and is not subject to any additional supervision. Accordingly, there is no case or controversy for this court to address, and the appeal is DISMISSED AS MOOT.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.